■ GINO COMPARETTO et al., Appellants, v MASSACHUSETTS BAY INSURANCE COMPANY et al., Respondents. [667 NYS2d 309] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (O'Connell, J.), dated January 3, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice O'Connell at the Supreme Court. Miller, J. P., O'Brien, Copertino and McGinity, JJ., concur.